TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00541-CR

Ex parte: Kirk Wayne McBride, Appellant

FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT

NOS. CR95-129, CR95-130, CR95-131 & CR95-132

HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING

PER CURIAM

 Appellant filed petitions for writs of habeas corpus seeking a reduction of bail
pending trial in the above-referenced causes. The writs issued and, after a hearing, relief was
denied. This appeal followed. Tex. R. App. P. 44.

 This Court has received notice that appellant has been tried, convicted, and
sentenced to imprisonment for ninety-nine years in cause number CR95-129. A defendant cannot
be released on bail pending appeal where the punishment exceeds imprisonment for fifteen years. 
Tex. Code Crim. Proc. Ann. art. 44.04(b) (West Supp. 1995). Under the circumstances, the
question of appellant's entitlement to a reduction of bail is moot.

 For the reason stated, the appeal is dismissed.

Before Chief Justice Carroll, Justices Jones and B. A. Smith

Dismissed

Filed: November 8, 1995

Do Not Publish